AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>PHILLIP ANDREW BROMLEY<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00227
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/12/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Unlawful Entry to Restricted Building |
| 40 U.S.C. § 5104(e)(2) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*William Novak*

*Complainant's signature*

William Novak, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date:  _____ 02/12/2021 _____

*Judge's signature*

City and state:  _____ Washington, DC _____      ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*