# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                            21-MJ-00227

**PHILLIP ANDREW BROMLEY**,

        Defendants.

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through Channing D. Phillips, the Acting United States Attorney for the District of Columbia, and hereby enters the appearance of the undersigned as counsel of record for the United States in the above-named case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ William Dreher*
       WILLIAM DREHER
       D.C. Bar No. 1033828
       Assistant United States Attorney
       Western District of Washington
       700 Stewart Street, Suite 5220
       Seattle, WA 98101
       Telephone: (206) 553-4579
       Email: William.Dreher@usdoj.gov